UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
FEB 27 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Benjamin Mario Soto
Plaintiff(s),

vs.

University of Minnesota Mechanical Engineer Graduate Admissions, et al (Twin Cities); University of Minnesota Graduate Admissions Office, et al (U of M); U of M Equal Opportunity & Title IX Compliance Office, et al
Defendant(s).

Case No. 25-cv-758-NEB/SGE
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES [✓]   NO [ ]

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Benjamin M. Soto
      Name ~~Joe-Derer Bell~~ → Over
      Street Address 407 Goodrich Ave.
      County, City Ramsey, St. Paul
      State & Zip Code MN 55102
      Telephone Number 612-402-7071

SCANNED
FEB 27 2025
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: The heads of the University of Minnesota (U of M) Graduate Admissions Office, et al

   Street Address: 111 Church Street SE Room ME1120

   County, City: Hennepin, Minneapolis

   State & Zip Code: MN 55455

   b. Defendant No. 2

   Name: Joe Borer-Bell and the heads of U of M Equal Opportunity & Title IX Compliance Office, et al

   Street Address: 274 McNamara Alumni Center 200 Oak Street SE

   County, City: Hennepin, Minneapolis

   State & Zip Code: MN 55455

   c. Defendant No. 3

   Name:

   Street Address:

   County, City:

   State & Zip Code:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *42 USC 1983, 5th Amend, Art. I Sec. 10 Clause I Laws Impairing Contracts Art. 6 Sec.s 2 and 3 for Supremacy, Ex parte Young 209 US. 123 (1908), Equal Opportunity & Title IX, Bivens v. Six Unknown Named Agents, 403 US. 388 (1971)*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                              State of Citizenship:

   Defendant No. 1:                             State of Citizenship:

   Defendant No. 2:                             State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota   [✓] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. The University of Minnesota (Twin Cities) Deprived me of my Contractual rights not to be Discriminated against based on Race and Nepotism. I was deprived of access to the U of M's Mechanical Engineering Plan C Graduate Program. I contacted the U of M's Office for Equal Opportunity & Title IX Compliance and after a couple of Months of being Hustled was informed that my case was being dismissed with a finding of no discrimination then after communicating with Joe Borer-Bell Senior Associate/Deputy realized he did not even make an effort to investigate completely ignoring my request to investigate. My contractual rights were obtained when I filed and Paid my Application Fee for Admittance to the U of M's Mechanical Engineering Program Plan C, which were violated by these officers/offices of the U of M named.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

## REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I do not know at this point who much monetary compensation I want but I do want equal access to the U of M's Graduate School in Question.

4

Signed this ____ day of 02/27/25

Signature of Plaintiff  *Benjamin M. Soly*

Mailing Address
407 Goodrich Ave.
St. Paul, MN 55102

Telephone Number
612-402-7071

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5